ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 MAY -7 PM 3:41
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| JOHNATHAN KEITH DAVIS (1) | 3-15CR0190-L |

# INDICTMENT

The Grand Jury Charges:

### Count One
### Felon in Possession of a Firearm
### (Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about March 26, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **Johnathan Keith Davis**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a Smith and Wesson, Model SW40VE, .40 caliber pistol, bearing serial number PDV6038.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Johnathan Keith Davis**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offenses, including but not limited to the following:

(1) a Smith and Wesson, Model SW40VE, .40 caliber pistol, bearing serial number PDV6038;

(2) and any ammunition recovered with the weapon.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

_____
JOHN J. BOYLE
Assistant United States Attorney
Texas Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8617
Fax: 214-659-8809

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JOHNATHAN KEITH DAVIS

INDICTMENT          **3-15CR0190-L**

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of a Firearm

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

(1 COUNT)

A true bill rendered

DALLAS                                                    FOREPERSON

Filed in open court this _____ day of May, 2015

**WARRANT TO ISSUE FOR DEFENDANT JOHNATHAN KEITH DAVIS.**

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
No Criminal Number Pending